JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY IN ARISCALE, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>RAZER USA, LTD.,<br><br>       Defendant. | Case No. 8:22-cv-02310-JWH-ADSx<br><br>**JUDGMENT** |

Pursuant to the " Order Granting Defendant's Motion for Judgment on the Pleadings [ECF No. 41]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 and 1338.

2. Claims 1 and 14 of U.S. Patent No. 8,139,652 (the "'652 Patent") are **INVALID** for lack of subject matter eligibility under 35 U.S.C. § 101.

3. **JUDGMENT** in the above-captioned case is entered in **FAVOR** of Defendant Razer USA, Ltd. and **AGAINST** Plaintiff Technology in Ariscale, LLC.  Plaintiff Technology in Ariscale, LLC shall take nothing by way of its First Amended Complaint.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 4, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE