BRIAN M. FITZGERALD (CA Bar No. 267279)
BROADVIEW IP LAW. PC
3200 El Camino Real Suite 260
Irvine, California 92602
Telephone: (949) 232-0721
bfitzgerald@broadviewlaw.com

Attorneys for Plaintiff
TECHNOLOGY IN ARISCALE, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY IN ARISCALE, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>RAZER USA, LTD.,<br><br>Defendant. | CASE NO. 8:22-cv-02310-JWH-ADS<br>Judge: Hon. John W. Holcomb<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

NOTICE IS HEREBY GIVEN that plaintiff Technology in Ariscale, LLC, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the March 4, 2024, Judgment (Dkt. No. 48), and all other interlocutory orders that preceded the judgment, including the Order Granting Defendant Razer USA, LTD.'s Motion for Judgment on the Pleadings (Dkt. No. 47), also entered on March 4, 2024, and the Order Granting the Defendant's Motion to Dismiss (Dkt. No. 36) of Defendant Razer USA, LTD., entered on November 27, 2023.

Dated: April 1, 2024                    BROADVIEW IP LAW, PC

                                                      /s/ Brian M. Fitzgerald
                                       Brian M. Fitzgerald

                                       Attorneys for Plaintiff and Appellant
                                       Technology in Ariscale, LLC

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3200 El Camino Real Suite 260, Irvine, CA 92602.

On April 1, 2024, I served true copies of the following document(s) described as **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by *u*sing the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court at whose direction the service was made.

Executed on April 1, 2024, at Irvine, California

                                                  /s/ Brian M. Fitzgerald
                                                   Brian M. Fitzgerald

# SERVICE LIST

*Technology In Ariscale, LLC. v Razer USA, LTD.*
**USDC, Central District of California - 8:22-cv-02310-JWH-ADS**

CHRISTOPHER KAO (CA Bar No. 237716)
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center 22nd Floor
San Francisco, CA 94111
415-983-1000
Fax: 415-983-1200
Email: christopher.kao@pillsburylaw.com

Attorneys for Defendant Razer USA, LTD.

BROCK S WEBER (CA Bar No. 261383)
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center 22nd Floor
San Francisco, CA 94111
415-983-1000
Fax: 415-983-1200
Email: brock.weber@pillsburylaw.com

Attorneys for Defendant Razer USA, LTD.

SURUI QU (CA Bar No. 332105)
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center 22nd Floor
San Francisco, CA 94111
415-983-1000
Fax: 415-983-1200
Email: surui.qu@pillsburylaw.com

Attorneys for Defendant Razer USA, LTD.